IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Kathy J. Winterhalter, | ) | Case No. 25-22341 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Kathy J. Winterhalter, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Four Seasons Investments, LLC
33 ROCK HILL RD STE 150
Bala Cynwyd, PA 19004

                                                                                 Respectfully submitted,

September 30, 2025                              /s/ Kenneth Steidl
DATE                                                        Kenneth Steidl, Esquire
                                                              Attorney for the Debtor(s)
                                                              STEIDL & STEINBERG
                                                              436 Seventh Avenue
                                                              Suite 322
                                                              Pittsburgh, PA  15219
                                                             (412) 391-8000
                                                             ken.steidl@steidl-steinberg.com
                                                             PA I.D. No.34965

**PAWB Local Form 30 (07/13)**