**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−22341−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Kathy J. Winterhalter
   3407 7th Avenue
   Beaver Falls, PA 15010

Social Security No.:
   xxx−xx−1225

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Koppers Building<br>436 Seventh Ave. Ste. 322<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>February 23, 2026<br>10:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>February 23, 2026<br>10:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/15/25

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kathy J. Winterhalter  
    Debtor

Case No. 25-22341-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 16, 2025      Form ID: rsc13      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathy J. Winterhalter, 3407 7th Avenue, Beaver Falls, PA 15010-3519 |
| 16587106 | + Four Seasons Investments, LLC, 33 ROCK HILL RD STE 150, Bala Cynwyd, PA 19004-2051 |
| 16575722 | + Michael McKeever, Esquire, 701 Market St.- Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2025 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2025 00:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16577668 | Email/Text: bnc@atlasacq.com | Dec 17 2025 00:27:00 | Atlas Acquisitions LLC, on behalf of Security Credit Services LL, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16575698 | + Email/Text: pfahey@amaccts.com | Dec 17 2025 00:28:00 | American Accounts & Advisers, 7460 80th St South, Cottage Grove, MN 55016-3007 |
| 16575699 | + Email/Text: pfahey@amaccts.com | Dec 17 2025 00:28:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove, MN 55016-0250 |
| 16575703 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2025 00:30:33 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16575700 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2025 00:30:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16575707 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 17 2025 00:30:39 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 16575706 | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 17 2025 00:30:34 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 16596088 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 17 2025 00:30:33 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16579164 | Email/Text: mrdiscen@discover.com | Dec 17 2025 00:27:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 16575709 | + Email/Text: bankruptcy@cavps.com | Dec 17 2025 00:28:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 16575708 | + Email/Text: bankruptcy@cavps.com | | |

| | | | |
|---|---|---|---|
| 16606818 | + Email/Text: bankruptcy@cavps.com | Dec 17 2025 00:28:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 16575710 | + Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2025 00:28:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 16575711 | + Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2025 00:30:32 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 16575712 | + Email/Text: bankruptcy@credencerm.com | Dec 17 2025 00:30:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16575713 | + Email/Text: bankruptcy@credencerm.com | Dec 17 2025 00:28:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 16575715 | Email/Text: mrdiscen@discover.com | Dec 17 2025 00:28:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 16575714 | + Email/Text: mrdiscen@discover.com | Dec 17 2025 00:27:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 16606015 | + Email/Text: jdryer@bernsteinlaw.com | Dec 17 2025 00:27:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16575717 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 17 2025 00:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16575716 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 17 2025 00:28:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16575719 | + Email/Text: bankruptcy@huntington.com | Dec 17 2025 00:28:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 16575718 | Email/Text: bankruptcy@huntington.com | Dec 17 2025 00:28:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus, OH 43215-3406 |
| 16595376 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2025 00:28:00 | Huntington Bank, Huntington Banks, Columbus, OH 43216 |
| 16585474 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 17 2025 00:28:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16575721 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16577806 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 00:30:45 | LVNV Funding LLC, C/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 16575720 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 17 2025 00:30:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16575728 | Email/Text: ml-ebn@missionlane.com | Dec 17 2025 00:28:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16575727 | Email/Text: ml-ebn@missionlane.com | Dec 17 2025 00:27:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 16601422 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2025 00:27:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 16575723 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2025 00:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16575725 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2025 00:28:00 | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 16606009 | + Email/PDF: cbp@omf.com | Dec 17 2025 00:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| | | Dec 17 2025 00:30:43 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

Case 25-22341-GLT   Doc 25   Filed 12/18/25   Entered 12/19/25 00:34:02   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: rsc13 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16575729 | + | Email/PDF: cbp@omf.com  Dec 17 2025 00:30:32 | | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 16604097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 17 2025 00:30:45 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16575730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 17 2025 00:30:34 | | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16575732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 17 2025 00:30:39 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16575734 | + | Email/Text: cs@securitycreditservicesllc.com  Dec 17 2025 00:27:00 | | Security Credit Services, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 16575735 | + | Email/Text: cs@securitycreditservicesllc.com  Dec 17 2025 00:27:00 | | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 16575736 | + | Email/Text: bankruptcy@sunrisecreditservices.com  Dec 17 2025 00:27:00 | | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16575737 | + | Email/Text: bankruptcy@sunrisecreditservices.com  Dec 17 2025 00:27:00 | | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 16575739 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Dec 17 2025 00:30:43 | | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16575738 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Dec 17 2025 00:30:37 | | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16581266 | | Email/PDF: ebn_ais@aisinfo.com  Dec 17 2025 00:30:34 | | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 16583422 | + | Email/Text: bankruptcy@huntington.com  Dec 17 2025 00:28:00 | | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16575704 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16575705 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16575701 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16575702 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16607345 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16575724 | *+ | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 16575726 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16575731 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16575733 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Kathy J. Winterhalter julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5