# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISON

_____

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| Kathy J Winterhalter, | ) | |
| | ) | Case Number. 2:25-bk-22341 |
| | ) | |
| Debtor(s) | ) | Judge Chief Bankruptcy Jud Gregory L Taddonio |
| | ) | |

_____

## REQUEST OF ATLAS ACQUISITIONS
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, as authorized agent for Security

Credit Services LLC: accounting a creditor in the above-captioned case, requests,

pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the

Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States

Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given

or required to be given and all papers served or required to be served in this case be

also given to and served, whether electronically or otherwise, on:

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
Attn: Avi Schild
Telephone: (888) 762-9889
Facsimile: (201) 546-9377
E-mail: bk@atlasacq.com

Dated: 03/02/2026

By: /s/ Avi Schild_____
Avi Schild
c/o Atlas Acquisitions LLC
President
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
(888) 762-9889
bk@atlasacq.com

Assignee Creditor: MERCURY FINANCIAL, LLC [Last four digits of account: 9862]